UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
LEONARD F. GOODMAN,

                Plaintiff,                      JUDGMENT
                                                    21-CV-4655 (AMD) (LB)

                -against-

LOCAL 804 UNION OF THE INTERNATIONAL
BROTHERHOOD OF TEAMSTERS (IBT) and
UNITED PARCEL SERVICE INC. (UPS),

                Defendants.
------------------------------------------------------------- X

        A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on September 26, 2023, granting the defendants' motions to dismiss; and dismissing the plaintiff's complaint with prejudice; it is

        ORDERED and ADJUDGED that the defendants' motions to dismiss are granted; and that the plaintiff's complaint is dismissed with prejudice.

Dated: Brooklyn, NY                                                 Brenna B. Mahoney
       September 27, 2023                                  Clerk of Court

                                                                          By: */s/Jalitza Poveda*
                                                                               Deputy Clerk