Generated: Oct 25, 2023 2:09PM                                                                                         Page 1/1

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Oct 25, 2023 2:09PM

Leonard F. Goodman

| Rcpt. No: 100010394 | | Trans. Date: Oct 25, 2023 2:09PM | | | Cashier ID: #JH |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | DNYE121CV004655<br>**FBO**: Leonard F. Goodman | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| MO | Money Order | #28552779606 | 10/25/2023 | | $505.00 |
| | | | Total Due Prior to Payment: | | $505.00 |
| | | | Total Tendered: | | $505.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

